**DANIEL L. HARRALSON, BAR NO. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: MARCO NUNO SANTANA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:14-CR-271 LJO |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO ALLOW** |
| vs. | ) **DEFENDANT MARCOS NUNO SANTANA** |
| | ) **TO TRAVEL OUT OF TOWN** |
| MARCOS NUNO SANTANA | ) |
| | ) |
| Defendant. | ) |

     **TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO THE HONORABLE JUDGE LAWRENCE J. O'NEILL;**

     **COMES NOW,** Defendant MARCOS NUNO SANTANA, by and through his attorney of record, DANIEL L. HARRALSON hereby requesting that Defendant be allowed to travel to Los Angeles, California on July 22, 2016 and return to Salinas, California on July 24, 2016, for the purpose of attending a family Quinceanera.

     This is a mutual agreement between myself, and Assistant United States Attorney Kathy Servatius.  This Stipulation and Proposed Order is submitted with the approval of Pretrial Service Officer, Anthony Granados.

\\\

\\\

\\\

Dated: July 20, 2016                    **DANIEL L. HARRALSON LAW CORPORATION**

                                        _____/S/_____

                                        **DANIEL L. HARRALSON**
                                        Attorney for Marcos Nuno Santana

Dated: July 20, 2016


                                        _____/S/_____

                                        **KATHY SERVATIUS**
                                        Assistant United States Attorney




                        ****** **ORDER** ******

    **GOOD CAUSE APPEARING,** Defendant, MARCOS NUNO SANTANA, may travel to Los Angeles, California between July 22, 2016 and returning to Salinas, California on July 24, 2016.

IT IS SO ORDERED.

    Dated:   **July 20, 2016**            _____**/s/ Lawrence J. O'Neill**_____
                                        UNITED STATES CHIEF DISTRICT JUDGE